# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-233
Lower Tribunal No. A2IA29P

_____

### George Kidd,
Appellant,

vs.

### The State of Florida,
Appellee.

An Appeal from the County Court for Miami-Dade County, Javier Enriquez, Judge.

Carlos J. Martinez, Public Defender, and Nicholas Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed. See Montgomery v. State, 123 So. 3d 637 (Fla. 5th DCA 2013).